Earl Rayner, defendant in error, v. Arthur B. Rankin et al., plaintiffs in error. Gen. No. 34,051.

Heard in the second division of this court for the first district at the April term, 1930. Opinion filed December 16,

1930. Rehearing denied and additional opinion filed December 30, 1930.

W. J. Lewis and Charles C. Mull, for plaintiffs in error. Walter A. Murray, for defendant in error.

Mr. Justice Barnes delivered the opinion of the court.